# RUHNKE & BARRETT
ATTORNEYS AT LAW

47 PARK STREET
MONTCLAIR, N.J. 07042
973-744-1000
973-746-1490 (FAX)

29 BROADWAY
SUITE 1412
NEW YORK, N.Y.  10006
212-608-7949

DAVID A. RUHNKE (davidruhnke@ruhnkeandbarrett.com)   ◊   JEAN D. BARRETT (jeanbarrett@ruhnkeandbarrett.com)

---

REPLY TO MONTCLAIR OFFICE

LETTER-MOTION TO BE RELIEVED AS COUNSEL

September 17, 2020

Served and Filed Via ECF
Hon. Paul A. Oetken, U.S.D.J.
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

Re: *United States v. Timmie Sampson,*
20-cr-00192(JPO)

Dear Judge Oekten:

By order dated August 25, 2020 (ECF-25), the Court directed me to respond within 30 days to Mr. Sampson's statements in a letter submitted to the Court. Without in anyway conceding the accuracy of his statements, I write respectfully (and somewhat regretfully) to advise Your Honor that Mr. Sampson has asked me to advise the Court that he no longer wishes me to represent him.

In a September 15, 2020 Corrlinks message (a non-privileged method of communication similar to email) Mr. Sampson stated to me, "I no longer want you as my attorney. You can relay that information to the Judge. If not I'll let him know during court!" The communication followed a legal call between Mr. Sampson and myself where (without disclosing any privileged information or communications) there was a disussion (far from the first) of the evidence against Mr. Sampson's and his potential options. Your Honor is further advised that Mr. Sampson is aware of the Government's view of the appropriate sentencing options in his case, including the impact of the Sentencing Guidelines, by way of a *Pimentel* letter provided by the Government at my request and transmitted to Mr. Sampson. He is also fully aware of the nature of the Government's evidence as set forth in an extraordinarily detailed affidavit provided to me in discovery and, in turn, provided to Mr. Sampson.

Under the circumstances (and, again, regrettably) it is my view that the best option at this point is for the Court to substitute counsel. Mr. Sampson has made his wishes in this regard plain. Kindly advise whether the Court has additional questions or concerns.

Your Honor's time and attention to this matter are appreciated.

                                          Respectfully submitted,
                                                    /s/
                                          David A. Ruhnke

Cc:    Via ECF all parties
        Via USPS, Timmie Sampson

> Defendant's request for the appointment of new CJA counsel is granted.
> So ordered.
> September 22, 2020

J. PAUL OETKEN
United States District Judge