5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------x
                                        :
UNITED STATES OF AMERICA                :
                                        :
         -against-                      :        **ORDER**
                                        :
TIMMIE SAMPSON                          :
                                        :        20 Cr. 192-2 (JPO)
                                        :        _____
                                        :        Docket#
---------------------------------------X


        **J. Paul Oeken**    , **DISTRICT JUDGE:**


The C.J.A. attorney assigned to this case

David A. Ruhnke, Esq.     is hereby ordered substituted


and the representation of the defendant in the above captioned

matter is assigned to  Michael Tremonte,Esq.



                              SO ORDERED.


                              J. PAUL OETKEN
                              United States District Judge


Dated:   New York, New York
         September 22, 2020