# SHER TREMONTE LLP

December 28, 2020

**BY E-MAIL**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

      Re:   *United States v. Timmie Sampson,*
              Case No. 20 Cr. 192 (JPO)

Dear Judge Oetken:

     I write on behalf of my client, Timmie Sampson, to request that the Court enter an order modifying the conditions of his release to expand the geographical area within which he may travel and the list of activities for which he is permitted to leave his home. Specifically, we request that the Court order modification of Mr. Sampson's conditions of release (a) to permit Mr. Sampson to travel within both the EDNY and the SDNY, and (b) to permit him to leave his home, with prior approval from his Pretrial Services Officer, for court appearances, legal meetings with counsel, to seek and maintain employment, for educational purposes, medical appointments, social services and religious services. Pretrial Services and the government consent to this application.

Granted.
  So ordered.
  December 29, 2020

Respectfully submitted,

     /s/
Michael Tremonte

J. PAUL OETKEN
United States District Judge