# SHER TREMONTE LLP

March 3, 2021

**BY ECF AND EMAIL**

The Honorable J. Paul Oetken
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

           **Re:**   *United States v. Timmie Sampson, et al.*
                     Case No. 20 Cr. 192 (JPO)

Dear Judge Oetken:

      I write on behalf of our client, Timmie Sampson, having been duly appointed on September 22, 2020, as replacement counsel pursuant to the Criminal Justice Act ("CJA"), Title 18 U.S.C. § 3006A(b), to respectfully request a temporary modification to the electronic monitoring condition of Mr. Sampson's bond to permit him to undergo a medical examination.

      On November 29, 2020, Mr. Sampson was released on a $150,000 bond subject to various conditions including electronic monitoring. Mr. Sampson is currently scheduled to undergo a magnetic resonance imaging ("MRI") examination on March 8, 2021. His physician has advised him that his electronic monitoring bracelet must be removed prior to his MRI examination. We contacted Mr. Sampson's pretrial services officer, Josh Rothman, as well as AUSA Sebastian Swett, and neither Pretrial Services nor the government has any objection to the proposed temporary modification. Accordingly, we respectfully request that the Court grant a temporary modification to the electronic monitoring condition of Mr. Sampson's bond to permit him to have his electronic monitoring bracelet removed on the morning of Monday, March 8, 2021, and reinstalled later the same day following the MRI examination.

Granted.
So ordered.
3/8/2021

Respectfully submitted,

*/s/ Michael Tremonte*

Michael Tremonte
Kandice Purdy (admission pending)

J. PAUL OETKEN
United States District Judge