UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

TIMMIE SAMPSON,

Defendant.

20-CR-192 (JPO)

**ORDER**

Upon the application of Timmie Sampson, by his attorney Michael Tremonte, Esq., for an order authorizing the appointment of Kandice Purdy, Esq., an associate of the firm Sher Tremonte LLP, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A;

IT IS HEREBY ORDERED, that Kandice Purdy, Esq. is appointed to assist in the representation of Timmie Sampson in the above-captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A, *nunc pro tunc* to December 2, 2020, and is authorized to bill at the rate of one hundred and ten dollars ($110) per hour.

Dated: New York, New York
May 18, 2021

SO ORDERED

_____
J. PAUL OETKEN
United States District Judge