# SHER TREMONTE LLP

October 24, 2021

**BY E-MAIL**

Hon. J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

        Re:    *United States v. Timmie Sampson,*
                  Case No. 20 Cr. 192 (JPO)

Dear Judge Oetken:

      I write on behalf of our client, Timmie Sampson, to request that the Court modify the conditions of his pretrial release. Specifically, we request that the condition of home detention with electronic monitoring be removed. This request is especially appropriate in light of the fact that Mr. Sampson's mother was recently diagnosed with liver cancer and Mr. Sampson assists her with the logistical aspects of obtaining critical medical care, often on short notice. We also note that Mr. Sampson has fully complied with all conditions and has been gainfully employed since June. In light of that information, Pretrial Services does not object to the removal of home detention and electronic monitoring, and the government has indicated that it defers to Pretrial Services in this matter.

Granted.
So ordered.
10/26/2021

Respectfully submitted,

/s/

Michael Tremonte

J. PAUL OETKEN
United States District Judge

90 BROAD STREET | 23RD FLOOR | NEW YORK, NY 10004
WWW.SHERTREMONTE.COM | TEL 212.202.2600 | FAX 212.202.4156